PAUL J. CUNNEY, ESQ.
A Law Corporation

PAUL J. CUNNEY    3145
VICTOR J. BAKKE   5749
DAN C. OYASATO    3834
DEAN C.M. HOE     7771
220 South King Street, Suite 1220
Honolulu, Hawaii 96813
Telephone: (808) 523-0077
Facsimile:  (808) 550-2544

Attorneys for Defendant
GEORGE J. L. PARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00218HG-01 |
| Plaintiff, | |
| vs. | MOTION FOR MODIFICATION OF STANDARD CONDITION OF SUPERVISION NO. 1 AND SPECIAL CONDITION OF SUPERVISION NO. 4; DECLARATION OF COUNSEL; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| GEORGE J. L. PARIS,        (01) | |
| Defendant. | |

**MOTION FOR MODIFICATION OF STANDARD
CONDITION OF SUPERVISION NO. 1 AND
<u>SPECIAL CONDITION OF SUPERVISION NO. 4</u>**

COMES NOW, the Defendant, GEORGE J. L. PARIS, by and through his undersigned attorneys and moves this Honorable Court to modify Standard Condition of Supervision No. 1 and Special Condition of Supervision No. 4 to permit him to travel to Las Vegas, Nevada and attend the World of Concrete Exhibit and Seminar between January 18, 2008 and January 25, 2008.  This motion is based upon the attached Declaration of Counsel, the attached Exhibit "A", and the files and records of this case.

DATED: Honolulu, Hawaii, January 3, 2007.

_/s/ Victor J. Bakke_
PAUL J. CUNNEY
VICTOR J. BAKKE
DAN C. OYASATO
Attorneys for Defendant
GEORGE J. L. PARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE J. L. PARIS,          (01)<br><br>Defendant. | CR. NO. 05-00218HG-01<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, VICTOR J. BAKKE, an attorney licensed to practice law in all Courts of the State of Hawaii, hereby declare as follows:

1. Judgment was entered against Defendant George J.L. Paris on October 25, 2005 by the Honorable Helen Gillmor, United States District Judge in the above-captioned matter.

2. The Declarant is one of the attorneys representing Defendant, GEORGE J. L. PARIS, for the instant motion.

3. Defendant was sentenced to be imprisoned for a period of fifteen (15) months commencing December 6, 2005, which the Defendant completed.

4. Upon his release from imprisonment, Defendant was placed on supervised release for a period of three (3) years under the standard conditions of supervision and four (4) special conditions of supervision.

5. Standard Conditions of Supervision No. 1 mandates that Defendant shall not leave the judicial district without permission of the court or probation officer.

6. Under Special Conditions of Supervision No. 4, Defendant is prohibited from participating in any form of gambling; being in the presence of any illegal or legal gambling; frequenting any business, residence, or area where gambling activities have occurred or are presently occurring; and associating with any persons engaged in gambling or any known gamblers.

7. Defendant is employed as a risk manager with Iron Workers Local 625.

8. That Defendant wishes to attend the World of Concrete Exhibit and Seminar in the Las Vegas Convention Center in Las

4

Vegas, Nevada between January 18, 2008 and January 25, 2008 to improve his knowledge his industry so that he can better do his job in assessing and reducing risks in the workplace for the members of Iron Workers Local 625.

9. That the Defendant would be staying in Bally's Hotel and Casino during the duration of his stay in Las Vegas, Nevada.

10. That Defendant understands that even though the location of the convention is in Las Vegas, Nevada, where gambling is legal and readily available to those who wish to participate in it, he is still restricted from participating in gambling, or associating with any persons engaged in gambling or any known gamblers.

11. That Defendant further understands that he would be prohibited from entering the gambling areas of the hotel he will be residing in.

12. That Defendant's purposes of attending this convention is not for the purpose of gambling, but rather to further his education and assist him in doing his job.

13. Accordingly, Defendant respectfully requests this Court permit him to travel to this convention and attend the convention and its exhibits.

I declare under penalty of perjury under the laws and Courts of the State of Hawaii and the United States of America that the foregoing statements, except those made on information and belief are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 4, 2008.

_____
VICTOR J. BAKKE
Attorney for Defendant
GEORGE J. L. PARIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEORGE J. L. PARIS,<br><br>　　　　Defendant. | )  CR. NO. 05-00218HG-01<br>)<br>)<br>)  CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I, Paul J. Cunney, do hereby certify that a true and correct copy of the foregoing document shall be hand delivered or mailed via U.S. postal service on October 11, 2005 to the following:

Thomas J. Brady
Assistant U.S. Attorney
Room 6-100, U.S. Courthouse
300 Ala Moana Boulevard, Box 50183
Honolulu, HI  96850

Carter Lee
U.S. Probation Office
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850

7

DATED at Honolulu, Hawaii, January 4, 2008.

/s/ Victor J. Bakke
PAUL J. CUNNEY
VICTOR J. BAKKE
DAN C. OYASATO
DEAN C.M. HOE
Attorneys for Defendant
George J. L. Paris